Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

---

## UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 21 2008

# FILED

UNITED STATES OF AMERICA

v.

Crim. No. ~~05-CR-34-01-SM~~

*07-CR-170-01-PB*

Daniel J. Stone

On June 19, 2006 the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Daniel J. Stone be discharged from Supervised Release.

Respectfully submitted,

Paul B. Daniel
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _21st_ day of _October_ , 20_08_ .

Honorable Steven J. McAuliffe
Chief U.S. District Judge